# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154040

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 154040
                                      COA: 323887

ANDY JAMES BROWN,
      Defendant-Appellant.
                                      St. Joseph CC: 13-018938-FC

_____/

      On order of the Court, the application for leave to appeal the May 10, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2017



Clerk

s0110